UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 14-80001-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JABER ENTERPRISES, INC.,
d/b/a Fajita's Meat and Fish,

       Defendant.

_____/

## ORDER APPROVING SALE
## OF RECEIVERSHIP PROPERTY

THIS MATTER came before the Court on the Receiver's Unopposed Motion to Approve Sale of Receivership Property (DE#176) pursuant to this Court's Order Appointing Receiver (DE #135). The Court, having reviewed the Receiver's Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED AS FOLLOWS:**

1.    This Court has jurisdiction over Defendant, Jaber Enterprises, Inc., a Florida corporation, d/b/a Fajita's Meat and Fish ("Jaber Enterprises"), and the property which is the subject of the Receivership. The property which is the subject of the Receiver's sale consists of the residential real property more specifically described as follows:

| | |
|---|---|
| Record Title Owner: | Jaber Enterprises, Inc. |
| Parcel ID: | 18-42-44-15-36-000-0260 |
| Location: | 2508 Egret Lake Drive, Greenacres, Florida 33413 |
| Legal Description: | Lot 26, River Bridge P.U.D. Parcel 3A Plat 1, according to the Plat thereof, as recorded in Plat Book 71, Pages 154-155, of the Public Records of Palm Beach County, Florida (the "Property"). |

1

2.     The Court finds that the sale of the Property is necessary to repay the outstanding restitution obligation of Defendant, Jaber Enterprises, in part. The purchase price of $260,000.00 offered by Nicholas and Angela Scottolavino (the "Buyers") is reasonable and represents the fair market value of the Property according to the Receiver.

3.     The Receiver's Agreement for Purchase and Sale of the Property for $260,000.00 (the "Purchase Agreement") is hereby approved and the Court authorizes, approves, and orders the Sale of the Property to the Buyers based on the terms and conditions of the Purchase Agreement. (The Receiver's sale of the Property is referred to in this Order as the "Sale".)

4.     The Receiver and closing agent are authorized to disburse and pay all customary closing costs from the proceeds of the Sale and any undisputed mortgages or other encumbrances against the Property, assessments and real estate taxes, provided same, if any, are superior in priority to the judgment lien held by the United States.

5.     The Receiver's fee and reimbursement of expenses shall be considered by the Court by separate motion filed on behalf of the Receiver.

6.     The net proceeds from the Sale of the Property remaining after all closing costs, expenses, and approved fees of the Receiver and his attorney (the "Net Proceeds"), shall be delivered to the United States by wire transfer or certified funds made payable to the Clerk of Court, United States District Court, Southern District of Florida, Financial Section, 400 N. Miami Avenue, 8th Floor North, Miami, Florida 33128. The Clerk of Court shall disburse the Net Proceeds for restitution pursuant to 18 U.S.C. §3612 and said disbursement shall be applied to the outstanding restitution obligation of Defendant, Jaber Enterprises.

7.     In order to facilitate and complete the sale of the Property, the Receiver is authorized and directed to make, execute, convey, and deliver to the Buyer such Deeds, Bills of Sale,

Assignments, Certificates, Affidavits, Indemnifications, Resolutions and any other documents or instruments required in connection with the Sale of the Property, with such terms and provisions as the Receiver deems appropriate, and including all supplements and amendments to same.

8.      The Receiver may seek additional approval or direction from the Court related to the Sale on an expedited basis as the Receiver may deem necessary to facilitate the closing and any other issues concerning the Sale.

9.      Upon recording this Order in the Official Records of Palm Beach County, Florida, any purchaser, title insurer or agent, mortgage lender, or other interested party shall be: (a)  entitled to rely upon this Order as sole and conclusive evidence of the full and unrestricted right and authority of the Receiver to consummate the Sale, convey title to the Property to the Buyers or its assigns, and execute and deliver all instruments of conveyance, closing documents and all other agreements and collect and disburse funds required in connection therewith; and (b)  fully protected by the effect of this Order Approving Sale permitting the transfer and conveyance of the Property.

**DONE AND ORDERED** in chambers in West Palm Beach, Florida this _11_ day of May, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record