UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 14-80001-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JABER ENTERPRISES, INC.
d/b/a Fajita's Meat and Fish,

    Defendant.
_____/

**UNOPPOSED MOTION TO AWARD FINAL FEES AND COSTS**
**TO THE RECEIVER AND ATTORNEYS**

George Richards, Receiver, through the undersigned counsel, files this Unopposed Motion to Award Final Fees and Costs to the Receiver and the Receiver's attorneys. In support thereof, the Receiver states as follows:

1.    On July 10, 2014 this Court entered an Order Appointing George Richards of National Auction Company, Inc. as the Receiver (DE#135) over certain real property owned by the Defendant, Jaber Enterprises, Inc. ("Jaber"). The Receiver was authorized and directed to sell the property with the net proceeds thereof to be applied to Defendant's outstanding restitution obligation of $4,000,000.00 (DE#150).

2.    The Receiver was directed by the Court to sell the real property located at 2508 Egret Lake Drive, Greenacres, Palm Beach County, Florida (the "Property"). The Property was owned by the Defendant, Jaber, a Florida corporation, and consisted of a single family home.

3.    In the course of performing his responsibilities, the Receiver: (a) regularly inspects the Property; (b) ensures that the Property is secured and that locks are changed; (c) meets with tenants/occupants to verify the terms of tenancy and collect any rent payments that are due; (d) ensures that any necessary property maintenance is performed; (e) conducts a market study to

develop an opinion of value; (f) actively markets and personally shows the Property to interested purchasers; and (g) takes such other action as he deems reasonable and necessary in furtherance of performing his responsibilities to maintain the status quo and liquidate the asset.

4. On May 11, 2015, the Court approved the sale of the Property for $260,000.00 (DE#179) and the closing occurred on July 10, 2015 (DE#180).

5. After payment of closing costs, past due real estate taxes, past due homeowners' association dues and commissions to participating real estate brokers, the Receivership estate received net proceeds of $237,786.48. A copy of the closing statement is attached hereto as **Exhibit "A"**.

6. The Order Appointing Receiver did not specify the amount of compensation to be paid to the Receiver for his efforts. In the Southern District of Florida, the customary fee paid to receivers in similar cases is a 10% commission based on the sales price of the property, an hourly rate for the time expended to administer the receivership and reimbursement of any expenses.

7. Notwithstanding the fee structure customarily paid to receivers, the Receiver requests payment of a commission of eight percent (8%) of the sales price of the Property, thereby resulting in a fee of $20,800.00. The Receiver also requests reimbursement of $1,408.63 in expenses advanced for the Property. The Receiver's Expense Report is attached hereto as **Exhibit "B"**.

8. The Receiver is not requesting hourly compensation for his efforts in administering the Receivership and Property in this matter.

9. The total amount sought by the Receiver for fees and expenses is $22,208.63.

10. In addition to the foregoing fees and expenses, the Receiver engaged Chapman Smith, Esq. ("Receiver's Counsel") to represent him in this matter to address the legal issues associated with the receivership and the sale of the Property.

11. As of December 15, 2015, Receiver's Counsel expended 28.20 hours of attorney and paralegal time totaling $8,342.50, and advanced costs totaling $97.93, for a total of $8,440.43. The

Affidavit of Attorney Fees and Costs from Receiver's Counsel is attached hereto as **Exhibit "C"**. An Affidavit of Reasonableness is attached as **Exhibit "D"**.

12. By this Motion, the Receiver seeks the award and disbursement of the following fees and costs: (a) $22,806.13 to the Receiver for the receiver's fee and reimbursement of expenses; and (b) $8,440.43 in attorney fees and costs to be awarded to Receiver's Counsel.

13. All amounts awarded to the Receiver and Receiver's Counsel hereunder will be deducted and disbursed from the proceeds of sale of the Property. After deducting all awarded fees and expenses, the net proceeds of sale will be paid to the Clerk of Court pursuant to the Order Approving Sale and applied to Defendant's restitution obligation pursuant to applicable law.

14. The United States agrees that the time expended and the expenses incurred in this matter by the Receiver and Receiver's Counsel were necessary and reasonable and recommends the approval and award of same.

15. The Receiver requests that the Court: (a) approve the professional fees and compensation to the Receiver and Receiver's counsel as provided for herein; and (b) authorize the payment and disbursement of all awards hereunder to be made from the proceeds of sale. A proposed Order Awarding Final Fees and Costs is attached hereto as **Exhibit "E"**.

WHEREFORE, the Receiver respectfully requests this Honorable Court approve the disbursements requested herein, terminate the receivership and grant such further relief as this Court deems just and proper under the circumstances.

**COMPLIANCE WITH LOCAL RULES 7.3 & 88.9(a)**

The undersigned hereby certifies that prior to filing this motion, the undersigned conferred with: (a) Vivian Rosado, AUSA; and (b) (who has no objection to the award of the fees and costs requested herein); and (b) James S. Benjamin, Esq., counsel of record for Defendant, each of whom had no objection to the award of the fees and costs requested herein.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12th, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                          Respectfully submitted,

                          By:  s/ Chapman Smith, Esq. (0002895)
                          E-Mail:csmith@csmithassoc.com
                          Fla. Bar No. 0002895
                          Chapman Smith & Associates, PLC
                          2699 Stirling Road, Suite A201
                          Fort Lauderdale, FL 33312
                          Telephone: 954.981.3249
                          Facsimile:  945.981.3259
                          Attorneys for Receiver

**SERVICE LIST**
**United States v. Jaber Enterprises, Inc.**
**CASE NO. 14-80001-CR-MIDDLEBROOKS/BRANNON**
**United States District Court, Southern District of Florida**

Vivian Rosado, AUSA
United States Attorney's Office
99 NE 4th Street, Third Floor
Miami, FL 33132
Email: vivian.rosado@usdoj.gov
CM/ECF

Carolyn Bell, AUSA
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
Email: Carolyn.Bell@usdoj.gov

James S. Benjamin, Esq.
Benjamin & Aaronson P.A.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394-0005
Email: Sexlaw@bellsouth.net
CM/ECF