# A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | |
|---|---|---|---|---|
| ○ 1. FHA    ○ 2. RHS    ● 3. Conv. Unins.<br>○ 4. V.A.    ○ 5. Conv. Ins. | 6. File Number<br>15-00061 | 7. Loan Number<br>1505019377 | ID: | 8. Mortg. Ins. Case Num. |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| D. NAME OF BORROWER: | Nicholas Scotto-Lavino and Angela Scotto-Lavino, husband and wife |
| Address of Borrower: | 50 Cambridge Street, Deer Park, New York 11729 |
| E. NAME OF SELLER: | National Auction Company, Inc. |
| Address of Seller: | 1325 S. Congress Avenue, Suite 202-F, Boynton Beach, Florida 33426 |
| F. NAME OF LENDER: | Total Mortgage Services, LLC |
| Address of Lender: | 185 Plains Road, Milford, Connecticut 06461 |
| G. PROPERTY LOCATION: | 2508 Egret Lake Drive, Greenacres, Florida 33413 |
| H. SETTLEMENT AGENT: | Broward Title Company |
| Address: | 4700 Sheridan Street, Building I, Hollywood, Florida 33021      Phone: 954-983-2866 |
| Place of Settlement: | 4700 Sheridan Street, Building I, Hollywood, Florida 33021 |
| I. SETTLEMENT DATE: | 7/10/15          DISBURSEMENT DATE: 7/10/15 |

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 260,000.00 | 401. Contract sales price | 260,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 13,870.23 | 403. | |
| 104. HOA Transfer Fee | 100.00 | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance:** | | **Adjustments for items paid by seller in advance:** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | 273,970.23 | **420. Gross amount due to seller:** | 260,000.00 |
| **200. Amounts paid by or in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 20,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 208,000.00 | 502. Settlement charges to seller (line 1400) | 20,430.82 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | |
| 205. Lender Credit | 495.00 | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Principal amt of mortgage held by seller | | 508. Principal amt of mortgage held by seller | |
| 209. | | 509. Lien Payoff - City of Greenacres | 205.47 |
| 209a. | | 509a. | |
| **Adjustments for items unpaid by seller:** | | **Adjustments for items unpaid by seller:** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/15 to 05/15/15 | 1,577.23 | 511. County taxes from 01/01/15 to 05/15/15 | 1,577.23 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for borrower:** | 230,072.23 | **520. Total reductions in amount due seller:** | 22,213.52 |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 273,970.23 | 601. Gross amount due to seller (line 420) | 260,000.00 |
| 302. Less amount paid by/for the borrower (line 220) | (230,072.23) | 602. Less total reductions in amount due seller (line 520) | (22,213.52) |
| 303. Cash ( ✓ From ☐ To ) Borrower: | 43,898.00 | 603. Cash ( ✓ To ☐ From ) Seller: | 237,786.48 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

DoubleTime®

L. Settlement charges

| Line | Description | | | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| 700. | Total Real Estate Broker Fees | $13,000.00 | | | | |
| | Division of commission (line 700) as follows: | | | | | |
| 701. | $ 6,500.00 | to Maria Vasile, P.A. | | | | |
| 702. | $ 6,500.00 | to Home Run Real Estate | | | | |
| 703. | Commission paid at settlement | | | | | 13,000.00 |
| 704. | | | | | | |
| 705. | Flat Fee Commission | to Home Run Real Estate | | | | 250.00 |
| 706. | to | | | | | |
| 800. | Items Payable in Connection with Loan | | | | | |
| 801. | Our origination charge | | $1,294.00 | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | | ($495.00) | (from GFE #2) | | |
| 803. | Your adjusted origination charges | to Total Mortgage Services, LLC | | (from GFE A) | 799.00 | |
| 804. | Appraisal fee | to Eric Eickhorn c/o Total Mtg. Sn | | (from GFE #3) | 325.00 | |
| 805. | Credit report | to Avantus | | (from GFE #3) | 20.95 | |
| 806. | Tax service | to | | (from GFE #3) | | |
| 807. | Flood certification | to CoreLogic Flood Services LLC | | (from GFE #3) | 16.00 | |
| 808. | to | | | | | |
| 809. | to | | | | | |
| 810. | to | | | | | |
| 811. | to | | | | | |
| 812. | to | | | | | |
| 813. | to | | | | | |
| 900. | Items Required by Lender to Be Paid in Advance | | | | | |
| 901. | Daily interest charges from 07/10/15 to 08/01/15 @ 21.3700 /day | | | (from GFE #10) | 470.14 | |
| 902. | Mortgage insurance premium for months to | | | (from GFE #3) | | |
| 903. | Homeowner's insurance premium 1 years to Federated National Ins. Company | | | (from GFE #11) 2549.00 POC (B)* | | |
| 904. | Flood Insurance premium for years to | | | | | |
| 905. | years to | | | | | |
| 1000. | Reserves Deposited with Lender | | | | | |
| 1001. | Initial deposit for your escrow account | | | (from GFE #9) | 4,273.16 | |
| 1002. | Homeowner's insurance 3 months @ $212.42 per month $637.26 | | | | | |
| 1003. | Mortgage insurance months @ per month | | | | | |
| 1004. | Property taxes 11 months @ $407.78 per month $4,485.58 | | | | | |
| 1005. | Flood insurance months @ per month | | | | | |
| 1006. | months @ per month | | | | | |
| 1007. | months @ per month | | | | | |
| 1008. | months @ per month | | | | | |
| 1009. | Aggregate accounting adjustment | ($849.68) | | | | |
| 1100. | Title Charges | | | | | |
| 1101. | Title services and lender's title insurance | | | (from GFE #4) | 2,063.28 | |
| 1102. | Settlement or closing fee | to Broward Title Company | $600.00 | | | 395.00 |
| 1103. | Owner's title insurance | to Old Republic Nat. Title/Broward Title | | (from GFE #5) | 890.00 | |
| | OF6-890.00 | | | | | |
| 1104. | Lender's title insurance | to Old Republic Nat. Title/Broward Title | $460.00 | | | |
| | MF6-225.00;5.1-25;6-25;8.1-25;F9.3-160.00 | | | | | |
| 1105. | Lender's title policy limit $208,000.00 | | | | | |
| 1106. | Owner's title policy limit $260,000.00 | | | | | |
| 1107. | Agent's portion of the total title insurance premium $945.00 | | to Broward Title Company | | | |
| 1108. | Underwriter's portion of the total title insurance premium $405.00 | | to Old Republic National Title Insurance Comp | | | |
| 1109. | Abstract or title search | to Broward Title Company | $250.00 | | | |
| 1110. | Underwrite Surcharge | to Old Republic National Title In: $3.28 | | | | |
| 1111. | Final Water Escrow | to Palm Beach County Utilities D | | | | 350.00 |
| 1112. | Reimbursement of Atty. Fees | to National Auction Company, In $750.00 | | | | |
| 1113. | to | | | | | |
| 1200. | Government Recording and Transfer Charges | | | | | |
| 1201. | Government recording charges | | | (from GFE #7) | 183.70 | |
| 1202. | Deed $37.70 Mortgage(s) $146.00 Releases $0.00 | | | $183.70 | | |
| 1203. | Transfer taxes | | | (from GFE #8) | 2,964.00 | |
| 1204. | City/County tax/stamps Deed $0.00 Mortgage(s) $416.00 | | | | | |
| 1205. | State tax/stamps Deed $1,820.00 Mortgage(s) $728.00 | | | | | |
| 1206. | Record Court Order | to Clerk of the Circuit Court | | | | 45.50 |
| 1207. | | | | | | |
| 1208. | | | | | | |
| 1300. | Additional Settlement Charges | | | | | |
| 1301. | Required services that you can shop for | | | (from GFE #6) | 350.00 | |
| 1302. | Survey | to Thomas J. Kelly, Inc. | $350.00 | | | |
| 1303. | Lien Inspection Fee | to Lightning Lien Letters, Inc. | | | 149.00 | |
| 1304. | Estoppel Request | to Phoenix Management Services | | | 275.00 | |
| 1305. | 2014 Delinq. Tax Payment | to Palm Beach County Tax Collec | | | | 4,893.32 |
| 1306. | Estoppel Request | to City of Greenacres | | | | 40.00 |
| 1307. | Delinquent Maint. Due | to Egret Nest HOA | | | | 1,707.00 |
| 1308. | Quarterly Pymt/ Late Fee/ Due | to Egret Nest HOA | | | 841.00 | |
| 1309. | | | | | | |
| 1400. | Total Settlement Charges | | | | | |
| | ( Enter on lines 103, Section J and 502, Section K ) | | | | 13,870.23 | 20,430.82 |

\* POC (B) = Paid outside of closing by borrower      \*\* The exception rate option was used in this file
\* POC (S) = Paid outside of closing by seller

DoubleTime®

# SETTLEMENT CHARGES AND LOAN TERMS

Page 3

**Settlement Charges**

| Charges That Cannot Increase | HUD-1 Line Number | | |
|---|---|---|---|
| Our origination charge | # 801 | $1,294.00 | $1,294.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | $-495.00 | $-495.00 |
| Your adjusted origination charges | # 803 | $799.00 | $799.00 |
| Transfer taxes | # 1203 | $2,964.00 | $2,964.00 |

| Charges That in Total Cannot Increase More Than 10% | | | |
|---|---|---|---|
| Government recording charges | # 1201 | $310.90 | $183.70 |
| Appraisal fee | # 804 | $325.00 | $325.00 |
| Credit report | # 805 | $20.00 | $20.95 |
| Flood certification | # 807 | $16.00 | $16.00 |
| Total | | $671.90 | $545.65 |
| | | $-126.25 or | 0.00% |

| Charges That Can Change | | | |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | $3,056.95 | $4,273.16 |
| Daily interest charges from | # 901 | $256.44 | $470.14 |
| Homeowner's insurance premium for | # 903 | $720.00 | $2,549.00 |
| Title services and lender's title insurance | # 1101 | $2,628.28 | $2,063.28 |
| Owner's title insurance | # 1103 | $285.00 | $890.00 |
| Survey | # 1302 | $.00 | $350.00 |

**Loan Terms**

| | |
|---|---|
| Your initial loan amount is | $ 208,000.00 |
| Your loan term is | 30.0000 years |
| Your initial interest rate is | 3.75 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ includes<br>☐ Principal ☐ Interest ☐ Mortgage Insurance |
| Can your interest rate rise? | ○ No ● Yes , it can rise to a maximum of 8.75 %. The first change will be on 08/01/2022 and can change again every 12 months after 08/01/2022. Every change date, your interest rate can increase or decrease by 2.00 %. Over the life of the loan, your interest rate is guaranteed to never be lower than 2.25 % or higher than 8.75%. |
| Even if you make payments on time, can your loan balance rise? | ● No ○ Yes , it can rise to a maximum of $.00 |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ○ No ● Yes , the first increase can be on 09/01/2022 and the monthly amount owed can rise to $ 1,499.52<br>The maximum it can ever rise to is $ 1,499.52 |
| Does your loan have a prepayment penalty? | ● No ○ Yes , your maximum prepayment penalty is $ .00 |
| Does your loan have a balloon payment? | ● No ○ Yes , you have a balloon payment of $ .00 due in years on 00/00/0000 |
| Total monthly amount owed including escrow account payments | ○ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>● You have an additional monthly escrow payment of $ 620.20 that results in a total initial monthly amount owed of $ 1,583.48. This includes principal, interest, any mortgage insurance and any items checked below:<br>☑ Property taxes ☑ Homeowner's insurance<br>☐ Flood insurance ☐<br>☐ ☐ |

**Note:** If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

DoubleTime®

# HUD-1 SETTLEMENT STATEMENT ADDENDUM

File Number: 15-00061

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

## Borrower(s)

_____          _____
Nicholas Scotto-Lavino                    Angela Scotto-Lavino

## Seller(s)

National Auction Company, Inc.

By: _____
    George Richards
    As Receiver

## Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Broward Title Company

By: _____          Date: 7/10/15

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®