UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 14-80001-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JABER ENTERPRISES, INC.
d/b/a Fajita's Meat and Fish,

    Defendant.
_____/

## AFFIDAVIT OF REASONABLE ATTORNEY FEES AND COSTS

STATE OF FLORIDA        )
                                       )
COUNTY OF BROWARD    )

    Before me, the undersigned authority, personally appeared John C. Primeau, Esq., and after first being duly sworn under oath says:

    1.    I am an attorney duly licensed to practice law in the State of Florida, with offices in Weston, Florida.

    2.    That I have been practicing law in Florida since 1995 and I am familiar with attorney fees generally charged in this community for proceedings involving receiverships and real estate transactions.

    3.    That I have examined the working files and records of Chapman Smith & Associates, PLC, including the affidavit of Attorney Fees and Costs in the above-styled action. In my opinion, $8,342.50 in attorney fees and $97.93 for the costs incurred are reasonable amounts to compensate the Receiver's attorney for the work performed in this matter.



4. That I am of the opinion, and so state, that the total number of hours (28.20) spent is reasonable. The amount of hours stated herein does not contemplate any subsequent motions or legal services which are not referenced in the Affidavit of Chapman Smith, Esq. of Chapman Smith & Associates, PLC.

5. That I am of the opinion, and so state, that the hourly rates for the attorney and paralegal are reasonable and customary.

6. That I am of the opinion, and so state, that the amounts set forth in the Affidavit of Attorney Fees and Costs together with the exhibits thereto were reasonably expended by Plaintiff's attorneys and para-professional staff on this litigation and in light of the criteria set forth in Rule 4-1.5, *Florida Rules of Prof. Resp.* and the decision of 1*Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).

I HAVE READ the foregoing Affidavit and it is true to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John C. Primeau, Esq.

SWORN AND SUBSCRIBED to before me this 21 day of December 2015 by John C. Primeau, Esq. [✓] who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC

(Seal)



CARMEN CAMACHO
MY COMMISSION # EE 209118
EXPIRES: July 7, 2016
Bonded Thru Notary Public Underwriters