UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 14-80001-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JABER ENTERPRISES, INC.
d/b/a Fajita's Meat and Fish,

    Defendant.
_____/

## ORDER AWARDING FEES AND COSTS TO RECEIVER AND RECEIVER'S ATTORNEYS

THIS MATTER came before the Court on the Receiver's Unopposed Motion to Award Final Fees and Costs to the Receiver and the Receiver's Attorneys (DE#185). The Court, (a) having reviewed the Receiver's motion, (b) having previously approved the sale of the real property subject to the Receivership, (c) been advised that the motion is unopposed; and (c) being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED AS FOLLOWS:

1.    The Receiver's Motion is GRANTED.

2.    On July 10, 2015, the Receiver closed the sale (DE#180) of the real property located at 2508 Egret Lake Drive in Greenacres, Palm Beach County, Florida (the "**Receivership Property**"), pursuant to the Order Approving Order Sale dated May 11, 2015 (DE#179).

3.    The Receiver is hereby awarded a Receiver's fee of $20,800.00 as compensation for administering and selling the Receivership Property, and reimbursement of expenses totaling

$1,408.63, for a total award of $22,208.63. The Court finds that the Receiver's fees and costs are fair and reasonable.

4.     The Court finds that: (a) the law firm of Chapman Smith & Associates, PLC expended 28.20 hours of time as counsel for the Receiver; (c) the time spent and the hourly rates charged are customary and reasonable; and (d) the costs and charges advanced by Receiver's attorneys totaling $97.93 are also reasonable.

5.     The law firm of Chapman Smith & Associates, PLC is hereby awarded attorney fees and costs totaling $8,440.43 for the legal services rendered to the Receiver in this matter.

6.     The professional fees and costs awarded herein shall be paid by the Receiver upon entry of this Order from the proceeds from the sale of the Receivership Property. After deducting and disbursing the fee and cost awards approved herein, the remaining proceeds of sale shall be paid to the Clerk of the Court, U.S. District Court, Southern District of Florida, Financial Section, 400 N. Miami Avenue, 8th Floor, Miami, Florida 33128 by cashier's check or electronic transfer, for payment of restitution as ordered by the Court.

DONE AND ORDERED in this /3 day of Jan, 2016 in West Palm Beach, Florida.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record